Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)

LUIS A MENESES                                          Index No.: 08-CV-2658

                Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER**
                                                  **TO MASTER COMPLAINT**
  -against-
                                                    **ELECTRONICALLY FILED**
ALAN KASMAN DBA KASCO, *et al.*,

                Defendant(s).
-----------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 8, 2008

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      AMERICAN EXPRESS COMPANY, AMERICAN
                                      EXPRESS BANK, LTD and AMERICAN
                                      EXPRESS TRAVEL RELATED SERVICES
                                      COMPANY, INC.

                                      By: _____
                                         Richard E. Leff (RL-2123)
                                         80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel